# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA<br>JAN ALAN BRODY<br>JOHN M. AGNELLO<br>CHARLES M. CARELLA<br>JAMES E. CECCHI | DONALD F. MICELI<br>CARL R. WOODWARD, III<br>MELISSA E. FLAX<br>DAVID G. GILFILLAN<br>G. GLENNON TROUBLEFIELD<br>BRIAN H. FENLON<br>CAROLINE F. BARTLETT<br>ZACHARY S. BOWER+<br>DONALD A. ECKLUND<br>CHRISTOPHER H. WESTRICK*<br>STEPHEN R. DANEK<br>MICHAEL A. INNES<br>MEGAN A. NATALE<br>KEVIN G. COOPER | **5 BECKER FARM ROAD**<br>**ROSELAND, N.J.  07068-1739**<br>**PHONE (973) 994-1700**<br>**FAX (973) 994-1744**<br>**www.carellabyrne.com** | PETER G. STEWART<br>FRANCIS C. HAND<br>JAMES A. O'BRIEN, III<br>JOHN G. ESMERADO<br>STEVEN G. TYSON<br>MATTHEW J. CERES<br>ZACHARY A. JACOBS***<br>JASON H. ALPERSTEIN+ +<br><br>OF COUNSEL<br><br>*CERTIFIED BY THE SUPREME COURT OF<br>NEW JERSEY AS A CIVIL TRIAL ATTORNEY<br>**MEMBER NY BAR<br>***MEMBER IL BAR<br>+MEMBER FL BAR<br>+ + MEMBER NY & FL BAR | RAYMOND J. LILLIE<br>GREGORY G. MAROTTA<br>MARYSSA P. GEIST<br>JORDAN M. STEELE**<br>BRIAN F. O'TOOLE<br>SEAN M. KILEY<br>ROBERT J. VASQUEZ<br>BRITTNEY M. MASTRANGELO |

March 8, 2024

**VIA ECF**
Honorable Madeline Cox Arleo, U.S.D.J.
Honorable Jessica S. Allen, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Jr. Building &
U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      Re:    *In re American Financial Resources, Inc. Data Breach Litigation*,
               Civ. No. 2022-cv-01757 (MCA) (JSA)

Dear Judge Arleo and Judge Allen:

     We, along with co-counsel, represent Plaintiffs in the above-captioned matter. We are pleased to write jointly with counsel for Defendant American Financial Resources, Inc. to advise your Honors that the parties reached a settlement in principle on a class-wide basis with the aid of a private mediator.

     This agreement to settle all claims is subject to, among other items, definitive documentation of a settlement agreement, as well as the Court's approval. The parties are proceeding to negotiating a full settlement agreement and anticipate filing a motion for preliminary approval pursuant to Rule 23(e) on or before May 3, 2024. Accordingly, the parties request that the Court administratively stay this action pending the submission of that motion. This would necessarily include staying Defendant's obligation to answer the First Amended Consolidated Class Action Complaint, which is currently due on March 15, 2024.

     We thank the Court for its time and attention to this matter. Should the Court have any questions, please do not hesitate to contact counsel for the parties.

                                           Respectfully Submitted,

March 8, 2024
Page  2

CARELLA BYRNE CECCHI
BRODY & AGNELLO, P.C.

*/s/ James E. Cecchi*
JAMES E. CECCHI
