# BakerHostetler

Baker & Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Eric R. Fish
direct dial: 212.589.4647
efish@bakerlaw.com

May 1, 2024

**VIA ECF**

Honorable Madeline Cox Arleo, U.S.D.J.
Honorable Jessica S. Allen, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
& U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:   In re: American Financial Resources, Inc. Data Breach Litigation
      Civil Action No. 22-1757 (MCA) (JSA)

Dear Judge Arleo and Judge Allen:

We represent Defendant American Financial Resources, Inc. ("AFR") in this matter. We write jointly with counsel for Plaintiffs to update Your Honors on the status of settlement.

As Plaintiffs wrote on March 8, 2024, the parties reached a settlement in principle on a class-wide basis. We have been working diligently since that time and have made significant progress on negotiating a full settlement agreement that includes notice and claim forms for eventual approval. The parties previously advised that we anticipated a motion for preliminary approval of the settlement on or before May 3, 2024. The parties are getting closer to finalizing the agreement, but we will need some additional time. We now anticipate that Plaintiffs should be ready to file a motion for preliminary approval of the settlement within the next fourteen days. Accordingly, the parties respectfully request that the stay that was entered on March 14, 2024 remain in place until such time as the expected motion for preliminary approval is decided.

We thank the Court for its time and attention to this matter. Should the Court have any questions, please do not hesitate to contact counsel for the parties.

Honorable Madeline Cox Arleo, U.S.D.J.
Honorable Jessica S. Allen, U.S.M.J.
May 1, 2024
Page 2

Respectfully submitted,

*/s/ Eric R. Fish*

Eric R. Fish

cc:     All Counsel (*via ECF*)