UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE AMERICAN FINANCIAL RESOURCES, INC. DATA BREACH LITIGATION | Civil Action No. 22-1757 (MCA) (JSA) |

**NOTICE OF MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT**

| | |
|---|---|
| James E. Cecchi<br>Kevin G. Cooper<br>**CARELLA, BYRNE, CECCHI,**<br>**BRODY & AGNELLO, P.C.**<br>5 Becker Farm Road<br>Roseland, NJ 07068<br>(973) 994-1700<br><br>*Plaintiffs' Interim Co-Lead Class Counsel* | Stuart A. Davidson<br>Lindsey H. Taylor<br>Alexander C. Cohen<br>**ROBBINS GELLER RUDMAN**<br>**  & DOWD LLP**<br>225 NE Mizner Boulevard, Suite 720<br>Boca Raton, FL  33432<br>(561) 750-3000<br><br>*Plaintiffs' Interim Co-Lead Class Counsel* |

TO:   ALL COUNSEL OF RECORD:

**PLEASE TAKE NOTICE THAT** Plaintiffs, by and through their counsel, shall move before the Honorable Madeline Cox Arleo, U.S.D.J. at the United States District Court for the District of New Jersey, at Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an Order preliminarily approving the proposed Class Action Settlement Agreement and Release (the "Agreement").[1]

By this motion, Plaintiffs respectfully move the Court for an Order:

1. Preliminarily approving the settlement set forth in the Agreement (the "Settlement");

2. Approving the proposed forms of notice and the notice plan, and directing that notices be disseminated pursuant to this plan; and

3. Setting a Final Fairness Hearing and certain other dates in connection with the final approval of the Settlement.

In support thereof, Plaintiffs rely on the accompanying: (1) Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement; (2) the Declaration of James E. Cecchi and exhibits thereto; (3) the Agreement; (4) the Declaration of Cameron R. Azari, Esq. and exhibits thereto; (5) all other pleadings and matters of record; and (6) such additional evidence or argument as may be presented before or at the hearing.

---

[1] A copy of the executed Agreement is attached as Exhibit 1 to the motion.

DATED:  May 22, 2024                              Respectfully submitted,

CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.
JAMES E. CECCHI
KEVIN G. COOPER


                              *s/ James E. Cecchi*
                              JAMES E. CECCHI

5 Becker Farm Road
Roseland, NJ  07068
Telephone:  973/994-1700
973/994-1744 (fax)
jcecchi@carellabyrne.com
kcooper@carellabyrne.com
botoole@carellabyrne.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
STUART A. DAVIDSON
(admitted *pro hac vice*)
LINDSEY H. TAYLOR
ALEXANDER C. COHEN
(admitted *pro hac vice*)
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
sdavidson@rgrdlaw.com
ltaylor@rgrdlaw.com
acohen@rgrdlaw.com

Plaintiffs' Co-Lead Interim Class Counsel

- 2 -

MILBERG COLEMAN BRYSON
  PHILLIPS GROSSMAN, PLLC
GARY M. KLINGER
227 W. Monroe Street, Suite 2100
Chicago, IL  60606
Telephone:  866/252-0878
gklinger@milberg.com

MILBERG COLEMAN BRYSON
  PHILLIPS GROSSMAN, PLLC
DAVID K. LIETZ
5335 Wisconsin Avenue NW, Suite 440
Washington, DC  20015-2052
Telephone:  866/252-0878
202/686-2877 (fax)
dlietz@milberg.com

THE LYON FIRM, LLC
JOSEPH M. LYON
2754 Erie Avenue
Cincinnati, OH  45208
Telephone:  513/381-2333
513/721-1178 (fax)
jlyon@thelyonfirm.com

MARKOVITS, STOCK
   & DEMARCO, LLC
TERENCE R. COATES
119 East Court Street, Suite 530
Cincinnati, OH  45202
Telephone:  513/651-3700
513/665-0219 (fax)
tcoates@msdlegal.com

KANTROWITZ, GOLDHAMER
   & GRAIFMAN, P.C.
GARY S. GRAIFMAN
MELISSA R. EMERT
135 Chestnut Ridge Road, Suite 200
Montvale, NJ  07645
Telephone:  845/356-2570
845/356-4335 (fax)
ggraifman@kgglaw.com
memert@kgglaw.com

Plaintiffs' Interim Class Counsel

- 3 -

4888-2096-8897.v1