# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: AMERICAN FINANCIAL RESOURCES, INC. DATA BREACH LITIGATION | Civil Action No. 22-1757 (MCA) (JSA) |

---

## NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND FINAL CERTIFICATION OF THE SETTLEMENT CLASS

---

| | |
|---|---|
| James E. Cecchi<br>Kevin G. Cooper<br>**CARELLA, BYRNE, CECCHI,**<br>**BRODY & AGNELLO, P.C.**<br>5 Becker Farm Road<br>Roseland, NJ 07068<br>(973) 994-1700 | Stuart A. Davidson<br>Lindsey H. Taylor<br>Alexander C. Cohen<br>**ROBBINS GELLER RUDMAN**<br>**& DOWD LLP**<br>225 NE Mizner Boulevard, Suite 720<br>Boca Raton, FL  33432<br>(561) 750-3000 |

Co-Lead Counsel for Plaintiffs

To:     All Persons on ECF Service List

PLEASE TAKE NOTICE that on October 2, 2024, at 3:00 p.m., Plaintiffs, by and through their undersigned counsel, shall move, on behalf of Plaintiffs and the Settlement Class, before the Honorable Madeline Cox Arleo, U.S.D.J. at the United States District Court for the District of New Jersey, at Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for entry of an Order that, among other things, will: (1) approve the proposed Settlement; (2) certify the proposed Settlement Class, appoint Plaintiffs as class representatives, and appoint Class Counsel for purposes of the Settlement; and (3) conclude that the form and manner of giving notice of the proposed Settlement to the Settlement Class Members complied with due process requirements.

PLEASE TAKE FURTHER NOTICE that, in support of the motion, Class Counsel will rely upon the accompanying brief in support and the Declaration of James E. Cecchi concurrently filed with the Motion for Award of Attorneys' Fees, Payment of Litigation Expenses, and Payment of Service Awards to Class Representatives, and exhibits annexed thereto.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Federal Rules of Civil Procedure, a proposed form of Order is submitted herewith.

DATED:  August 27, 2024 　　　Respectfully submitted,

　　　　　　　　　　　　　　　**CARELLA, BYRNE, CECCHI, BRODY**
　　　　　　　　　　　　　　　**& AGNELLO, P.C.**
　　　　　　　　　　　　　　　JAMES E. CECCHI
　　　　　　　　　　　　　　　KEVIN G. COOPER


　　　　　　　　　　　　　　　_s/ James E. Cecchi_
　　　　　　　　　　　　　　　JAMES E. CECCHI

　　　　　　　　　　　　　　　5 Becker Farm Road
　　　　　　　　　　　　　　　Roseland, NJ  07068
　　　　　　　　　　　　　　　Telephone:  973/994-1700
　　　　　　　　　　　　　　　973/994-1744 (fax)
　　　　　　　　　　　　　　　jcecchi@carellabyrne.com
　　　　　　　　　　　　　　　kcooper@caellabyrne.com

　　　　　　　　　　　　　　　**ROBBINS GELLER RUDMAN**
　　　　　　　　　　　　　　　　**& DOWD LLP**
　　　　　　　　　　　　　　　STUART A. DAVIDSON
　　　　　　　　　　　　　　　(admitted _pro hac vice_)
　　　　　　　　　　　　　　　LINDSEY H. TAYLOR
　　　　　　　　　　　　　　　ALEXANDER C. COHEN
　　　　　　　　　　　　　　　(admitted _pro hac vice_)
　　　　　　　　　　　　　　　225 NE Mizner Boulevard, Suite 720
　　　　　　　　　　　　　　　Boca Raton, FL  33432
　　　　　　　　　　　　　　　Telephone:  561/750-3000
　　　　　　　　　　　　　　　561/750-3364 (fax)
　　　　　　　　　　　　　　　sdavidson@rgrdlaw.com
　　　　　　　　　　　　　　　ltaylor@rgrdlaw.com
　　　　　　　　　　　　　　　acohen@rgrdlaw.com

　　　　　　　　　　　　　　　_Plaintiffs' Co-Lead Counsel_

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Gary M. Klinger
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: 866/252-0878
gklinger@milberg.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
David K. Lietz
5335 Wisconsin Avenue NW,
Suite 440
Washington, DC 20015-2052
Telephone: 866/252-0878
202/686-2877 (fax)
dlietz@milberg.com

**THE LYON FIRM, LLC**
Joseph M. Lyon
2754 Erie Avenue
Cincinnati, OH 45208
Telephone: 513/381-2333
513/721-1178 (fax)
jlyon@thelyonfirm.com

**MARKOVITS, STOCK & DEMARCO, LLC**
Terence R. Coates
119 East Court Street, Suite 530
Cincinnati, OH 45202
Telephone: 513/651-3700
513/665-0219 (fax)
tcoates@msdlegal.com

3

**KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**
Gary S. Graifman
Melissa R. Emert
135 Chestnut Ridge Road, Suite 200
Montvale, NJ  07645
Telephone:  845/356-2570
845/356-4335 (fax)
ggraifman@kgglaw.com
memert@kgglaw.com

*Plaintiffs' Interim Class Counsel*

4