# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: AMERICAN FINANCIAL RESOURCES, INC. DATA BREACH LITIGATION | Civil Action No. 22-1757 (MCA) (JSA) |

---

## NOTICE OF MOTION FOR AWARD OF ATTORNEYS' FEES, PAYMENT OF LITIGATION EXPENSES, AND PAYMENT OF SERVICE AWARDS TO CLASS REPRESENTATIVES

---

| | |
|---|---|
| James E. Cecchi<br>Kevin G. Cooper<br>**CARELLA, BYRNE, CECCHI,**<br>**BRODY & AGNELLO, P.C.**<br>5 Becker Farm Road<br>Roseland, NJ 07068<br>(973) 994-1700 | Stuart A. Davidson<br>Lindsey H. Taylor<br>Alexander C. Cohen<br>**ROBBINS GELLER RUDMAN**<br>**& DOWD LLP**<br>225 NE Mizner Boulevard, Suite 720<br>Boca Raton, FL  33432<br>(561) 750-3000 |

Co-Lead Counsel for Plaintiffs

To:  All Persons on ECF Service List

PLEASE TAKE NOTICE that on October 2, 2024, at 3:00 p.m., Co-Lead Counsel, shall move, on behalf of Plaintiffs and the Settlement Class, before the Honorable Madeline Cox Arleo, U.S.D.J. at the United States District Court for the District of New Jersey, at Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for entry of an Order that, among other things, will: (1) approve Co-Lead Counsel's request for attorneys' fees in the amount of $825,000.00, representing 33% of the $2,500,000 non-revisionary Common Fund, plus interest; (2) approve the payment of Plaintiffs' counsel's expenses in the amount of $29,052.98; and (3) approve the service awards of $7,500.00 to each of the Plaintiffs Dora Micah, Sharon Styles, Matthew Stuart, and Anthony A. Olivia, Ph.D.

PLEASE TAKE FURTHER NOTICE that, in support of the motion, Co-Lead Counsel will rely upon the accompanying brief in support and the Declaration of James E. Cecchi, and exhibits annexed thereto.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Federal Rules of Civil Procedure, a proposed form of Order is submitted herewith.

DATED:  August 27, 2024         Respectfully submitted,

**CARELLA, BYRNE, CECCHI, BRODY
 & AGNELLO, P.C.**
JAMES E. CECCHI
KEVIN G. COOPER


           *s/ James E. Cecchi*
             JAMES E. CECCHI

5 Becker Farm Road
Roseland, NJ  07068
Telephone:  973/994-1700
973/994-1744 (fax)
jcecchi@carellabyrne.com
kcooper@caellabyrne.com

**ROBBINS GELLER RUDMAN
  & DOWD LLP**
STUART A. DAVIDSON
(admitted *pro hac vice*)
LINDSEY H. TAYLOR
ALEXANDER C. COHEN
(admitted *pro hac vice*)
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
sdavidson@rgrdlaw.com
ltaylor@rgrdlaw.com
acohen@rgrdlaw.com

*Plaintiffs' Co-Lead Counsel*

2

**MILBERG COLEMAN BRYSON
   PHILLIPS GROSSMAN, PLLC**
Gary M. Klinger
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: 866/252-0878
gklinger@milberg.com

**MILBERG COLEMAN BRYSON
   PHILLIPS GROSSMAN, PLLC**
David K. Lietz
5335 Wisconsin Avenue NW,
Suite 440
Washington, DC 20015-2052
Telephone: 866/252-0878
202/686-2877 (fax)
dlietz@milberg.com

**THE LYON FIRM, LLC**
Joseph M. Lyon
2754 Erie Avenue
Cincinnati, OH 45208
Telephone: 513/381-2333
513/721-1178 (fax)
jlyon@thelyonfirm.com

**MARKOVITS, STOCK
   & DEMARCO, LLC**
Terence R. Coates
119 East Court Street, Suite 530
Cincinnati, OH 45202
Telephone: 513/651-3700
513/665-0219 (fax)
tcoates@msdlegal.com

3

      **KANTROWITZ, GOLDHAMER**
         **& GRAIFMAN, P.C.**
Gary S. Graifman
Melissa R. Emert
135 Chestnut Ridge Road, Suite 200
Montvale, NJ 07645
Telephone: 845/356-2570
845/356-4335 (fax)
ggraifman@kgglaw.com
memert@kgglaw.com

*Plaintiffs' Interim Class Counsel*