# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
## COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| JAN ALAN BRODY | DONALD F. MICELI | **5 BECKER FARM ROAD** | PETER G. STEWART | RAYMOND J. LILLIE |
| JOHN M. AGNELLO | CARL R. WOODWARD, III | **ROSELAND, N.J. 07068-1739** | FRANCIS C. HAND | GREGORY G. MAROTTA |
| CHARLES M. CARELLA | MELISSA E. FLAX | **PHONE (973) 994-1700** | JAMES A. O'BRIEN, III | MARYSSA P. GEIST |
| JAMES E. CECCHI | DAVID G. GILFILLAN | **FAX (973) 994-1744** | JOHN G. ESMERADO | JORDAN M. STEELE** |
| | G. GLENNON TROUBLEFIELD | www.carellabyrne.com | STEVEN G. TYSON | ROBERT J. VASQUEZ |
| | BRIAN H. FENLON | | MATTHEW J. CERES | BRITTNEY M. MASTRANGELO |
| CHARLES C. CARELLA | CAROLINE F. BARTLETT | | ZACHARY A. JACOBS*** | GRANT Y. LEE*** |
| 1933 – 2023 | ZACHARY S. BOWER+ | | JASON H. ALPERSTEIN++ | |
| | DONALD A. ECKLUND | | | |
| | CHRISTOPHER H. WESTRICK* | | OF COUNSEL | |
| | STEPHEN R. DANEK | | | |
| | MICHAEL A. INNES | | *CERTIFIED BY THE SUPREME COURT OF | |
| | MEGAN A. NATALE | | NEW JERSEY AS A CIVIL TRIAL ATTORNEY | |
| | KEVIN G. COOPER | | **MEMBER NY BAR | |
| | | | ***MEMBER IL BAR | |
| | | | +MEMBER FL BAR | |
| | | | + + MEMBER NY & FL BAR | |

September 25, 2024

<u>**Via ECF**</u>
Hon. Madeline Cox Arleo, U.S.D.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:   *In re American Financial Resources, Inc. Data Breach Litig.,*
         <u>Docket No. 22-cv-1757 (MCA) (JSA)</u>

Dear Judge Arleo,

We, along with co-counsel, represent the Plaintiffs and the proposed Settlement Class in the above-captioned Action. We write to update the Court with regard to Plaintiffs' Motion for Final Approval of the Class Action Settlement and Final Certification of the Settlement Class (ECF No. 77) and Plaintiffs' Motion for Award of Attorneys' Fees, Payment of Litigation Expenses, and Payment of Service Awards to Class Representatives (ECF No. 78) (together, the "Motions"), to be heard by this Court on October 2, 2024 at 3:00 pm.

No objections as to the relief sought in the Motions have been lodged by any member of the Settlement Class to date, and only 4 requests for exclusion have been received. We have updated the Proposed Order for the Motions, submitted herewith, to reflect those individuals seeking exclusion. We are also attaching a Supplemental Declaration of Cameron R. Azari, Esq. Regarding Implementation and Adequacy of Notice Program detailing the administration of the settlement, the notice program indicating that notice efforts reached approximately 97.2% of the identified Settlement Class Members. We believe the lack of objections and minimal requests for exclusion after the settlement administrator undertook the comprehensive notice program reflect the support of the Settlement Class and speak favorably for the Settlement.

We thank the Court for its attention and look forward to further discussing these matters with the Court on October 2.

Respectfully Submitted,

September 25, 2024
Page  2

CARELLA BYRNE CECCHI
BRODY AGNELLO, P.C.

*/s/James E. Cecchi*
James E. Cecchi
