# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

NEWARK

**Date:** 10/2/24

**JUDGE: Madeline Cox Arleo**

COURT REPORTER: Diane DiTizii

DEPUTY CLERK: Amy Andersonn

**Title of Case:**                                              Docket No. 22-cv-1757(MCA)

In re: American Financial Resources, Inc., Data Breach Litigation

**Appearances:**

Kevin Cooper, Esq., for plaintiffs
Eric Fish, Esq., for defendants

**Nature of proceedings**:

Oral argument hearing held on motions for final approval of class action settlement [77] and motion for award of attorney's fees [78]
Ordered motions for final approval of class action settlement [77] and motion for award of attorney's fees [78] are granted.
Order to be entered.

Time Commenced 3:20 p.m.
Time Adjourned 3:40 p.m.

*Amy Andersonn*
Amy Andersonn, Deputy Clerk